UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David L. Stevens
dtevens@scura.com
Counsel for Debtor

**Order Filed on July 12, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:
Hakam Bsharat,
                Debtor.

Chapter 13

Case NO.  18-29579

Hon. Stacey L. Meisel

**ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN
MODIFICATION AGREEMENT**

    The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: July 12, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtors: Hakam Bsharat;
Case No.: 18-29579 (SLM)

Caption of Order:  **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the Motion of the Debtor, Hakam Bsharat (the "Debtor"), by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification Agreement with the Secured Creditor, Specialized Loan Servicing ("SLS"), concerning the mortgage loan encumbering the Debtors' property located at 29 Van Cleve Ave. Clifton, NJ 07011 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that SLS, and the Debtor are hereby authorized to enter into a loan modification; and it is further,

~~**ORDERED** that SLS, solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further,~~

**ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order