| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**SCURA, WIGFIELD, HEYER,**<br>**STEVENS & CAMMAROTA, LLP**<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Telephone: 973-696-8391<br>David L. Stevens<br>dtevens@scura.com<br>Counsel for Debtor | **Order Filed on July 12, 2019 by**<br>**Clerk, U.S. Bankruptcy Court -**<br>**District of New Jersey** |
| In Re:<br>Hakam Bsharat,<br>　　　　　　　　Debtor. | Chapter 13<br><br>Case NO.  18-29579<br><br>Hon. Stacey L. Meisel |

## ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: July 12, 2019**

　　　　　　　　　　　　　　　　　　　　　　　_Stacey L. Meisel_
　　　　　　　　　　　　　　　　　　　　　　　Honorable Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Debtors: Hakam Bsharat;
Case No.: 18-29579 (SLM)

Caption of Order: **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the Motion of the Debtor, Hakam Bsharat (the "Debtor"), by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification Agreement with the Secured Creditor, Specialized Loan Servicing ("SLS"), concerning the mortgage loan encumbering the Debtors' property located at 29 Van Cleve Ave. Clifton, NJ 07011 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that SLS, and the Debtor are hereby authorized to enter into a loan modification; and it is further,

~~**ORDERED** that SLS, solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further,~~

**ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 18-29579-SLM
Hakam Bsharat                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 12, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
db            +Hakam Bsharat,   29 Van Cleve Ave,   Clifton, NJ 07011-2067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
          David L. Stevens    on behalf of Debtor Hakam  Bsharat dstevens@scurameeley.com,
           ecfbkfilings@scurameeley.com;dsklar@scurameeley.com;mmack@scura.com;lrichard@scura.com;jesposito@
           scurameeley.com
          Kevin Gordon McDonald    on behalf of Creditor   Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass-Through Certificates, Series 2005-WF2, U.S. Bank National Association, as Trustee
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF2
           nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5