Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29579−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hakam Bsharat
   29 Van Cleve Ave
   Clifton, NJ 07011

Social Security No.:
   xxx−xx−9033

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/7/18 and a confirmation hearing on such Plan has been scheduled for 12/12/18 @ 8:30 a.m..

The debtor filed a Modified Plan on 7/22/19 and a confirmation hearing on the Modified Plan is scheduled for 8/28/19 @ 8:30 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 25, 2019
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-29579-SLM
Hakam Bsharat                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Jul 25, 2019
                               Form ID: 186             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
db           +Hakam Bsharat,    29 Van Cleve Ave,    Clifton, NJ 07011-2067
cr           +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CIT,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
517789242    +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
               St Louis, MO 63179-0034
517860776    +Division of Revenue and,    Enterprise Servi,    33 W State Street,   Trenton, NJ 08608-1214
517793267    +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517860777   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: New Jersey Division of Taxation,    PO Box 245,   Trenton, NJ 08695.)
517973649    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517789245    +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,   Atlanta, GA 30356-0424
517893012     U.S. Bank National Association, as Trustee et.al.,    Wells Fargo Bank, N.A.,
               Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
517789246    +US Bank Home Mortgage,    4801 Frederica St.,   Owensboro, KY 42301-7441
517860779    +Yazid Abdelqader,    29 Van Cleve Apt 2,   Clifton, NJ 07011-2067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2019 00:08:58     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2019 00:08:56     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 00:14:10     Orion,
               c/o PRA Receivables Management LLC,    POB 41021,   Norfolk, VA 23541-1021
517789241    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2019 00:14:36     Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517900428     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2019 00:13:32
               Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517886505    +E-mail/Text: cio.bncmail@irs.gov Jul 26 2019 00:08:28     Department of Treasury,
               Internal Revenue Service,    P O Box 7346,   Philadelphia, PA 19101-7346
517851916    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 00:14:43
               Orion Portfolio Services, LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk VA 23541-1021
517789244    +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2019 00:13:59     Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
517901379    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 26 2019 00:25:37     Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517789243     Phelan, Hallinan & Diamond, LLP,   400 Fellowship Road
517973650*   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
                                                                                        TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 25, 2019
                              Form ID: 186             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2019 at the address(es) listed below:

        David L. Stevens    on behalf of Debtor Hakam  Bsharat dstevens@scuramealey.com,
         ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;mmack@scura.com;lrichard@scura.com;jesposito@scuramealey.com

        Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
         Pass-Through Certificates, Series 2005-WF2, U.S. Bank National Association, as Trustee
         kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com

        Marie-Ann  Greenberg    magecf@magtrustee.com

        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
         CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF2
         nj.bkecf@fedphe.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                       TOTAL: 5